UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRANDON MICHAEL JACOBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-1818 (UNA) |
| | ) | |
| SUBSEQUENT LIVING GIRLS AND FAMILIES, | ) ) | |
| | ) | |
| Defendants. | ) | |

FILED
JUL - 9 2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## MEMORANDUM OPINION

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint.

Plaintiff allegedly maintains a list of girls in a "Subsequent Living contract." Compl. at 1. He "has biometric suspension with a compelling need under satellite military custody to sleep with the girls that are stated in [his] subsequent living contract." *Id*. Plaintiff "has a compelling need to reproduce with these girls," *id*., and their "children must be made with artificial insemination[,]" *id*. at 2. The Court's role "is to pull informative quarantines titled Subsequent Living, Superficial Exile, Excelsior Exile, and Biometrics for this case from the informative quarantine section in National Archives, Washington, DC." *Id*. at 1.

"[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). A complaint lacks an arguable basis in fact when "the facts alleged are clearly baseless, a

1

category encompassing allegations that are fanciful, fantastic, and delusional." *Denton v. Hernandez,* 504 U.S. 25, 33 (1992). Based on its review of the instant complaint and the allegations set forth therein, the Court deems the instant complaint subject to dismissal as frivolous.

The Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). An Order consistent with this Memorandum Opinion is issued separately.

DATE: July 7, 2020

/s/
JAMES E. BOASBERG
United States District Judge